UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-19797 |
| | | CHAPTER 13 |
| STEPHANIE A. GOSS | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916728 | $85.00 |

Creditor(s)
Carbiz Auto Credit Aq., Inc.
7115 16th Street East
Suite 105
Sarasota, FL 34243

                                            Respectfully submitted,

/s/    Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, April 21, 2010.

                              /s/      Margaret A. Burks, Esq.
                                      Margaret A. Burks, Esq.

Carbiz Auto Credit Aq., Inc.  
7115 16th Street East  
Suite 105  
Sarasota, FL 34243

Debtor(s) Counsel  
DEARFIELD, KRUER & CO., LLC  
8080 BECKETT CENTER DRIVE  
SUITE 217  
WEST CHESTER,, OH  45069

Debtor(s)  
STEPHANIE A. GOSS  
6777 RICHARD AVENUE  
CINCINNATI, OH  45224

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
(service waived)

Car Biz  
P.O. Box 721089  
Orlando, FL 32872-1089